**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In the Matter of the Complaint of JOSEPHA A. CAMPINHA-BACOTE d/b/a/ TRANSCULTURAL C.A.R.E ASSOCIATES,<br><br>                Plaintiff,<br><br>v.<br><br>ANNETTE REARDEN,<br><br>                Defendant. | Case No. 3:10-cv-00139-JDR<br><br>**ORDER HOLDING MOTIONS IN ABEYANCE**<br><br>Dockets 67, 71 & 73 |

The parties are scheduled for a judicial settlement conference with the Honorable Deborah M. Smith on August 5, 2011. The following motions are HEREBY HELD IN ABEYANCE UNTIL THE COMPLETION OF THE SETTLEMENT CONFERENCE:

    1.    Plaintiff's *Motion for A Status Conference* at Docket 67;

    2.    Defendant's *Motion to Set Trial* at Docket 71; and,

    3.    Defendant's *Rule 37(c) Motion in Limine* at Docket 73.

The Court will consider the above-referenced motions, if necessary, following the settlement conference.

IT IS SO ORDERED.

DATED this ___8th___ day of July, 2011, at Anchorage, Alaska.

                           /s/ John D. Roberts
                           JOHN D. ROBERTS
                           United States Magistrate Judge